**TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile  (914) 347-8898
www.traublieberman.com

April 7, 2015

VIA ELECTRONIC CASE FILING (ECF)

Judge Arthur D. Spatt
United States District Court Judge
Eastern District of New York
P.O. Box. 9014
Central Islip, NY 11722

Re:   *Certified Multi-Media Solutions, Ltd v. Preferred Contractors Insurance Co. Risk Retention Group, LLC.*
      Index No. 2:14-cv-05227-ADS-SIL

Dear Judge Spatt:

Pursuant to the Individual Motion Practice Rules of this Court, and in response to this Court's April 7, 2015 decision responding to Plaintiff Certified MultiMedia Solutions, Ltd.'s ("Certified"), in which this Court denied Certified's request to hold all pending motions in abeyance, Defendant Preferred Contractors Insurance Company Risk Retention Group, LLC, ("PCIC") respectfully requests a brief adjournment of the deadline to file PCIC's reply brief in support of its Motion to Dismiss the Complaint to April 20, 2015.  This is consistent with the adjournment of the return date on that motion requested in Plaintiff's March 19, 2015 letter to the Court, but which was not specifically addressed in the April 7, 2015 Order.  Thank you for your consideration in this matter.

Very truly yours,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP

Cheryl P. Vollweiler

cc:   J. Ceasar Galarza
      jgalarza@aol.com

      Thomas A. Martin
      tmartin@putneylaw.com

New York | New Jersey | Florida | Chicago | California | London (Liaison Office)